AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Keelan Robert Miskel<br><br>Defendant(s) | Case No. 1:19-mj-457 |

**FILED OCT 23 2019 — CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2017 through October, 22, 2019__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 and 846 | Conspiracy to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA David A. Peters

_/s/ Kendrah_
Complainant's signature

Special Agent Kendrah Peterson, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/23/2019

_/s/_
John F. Anderson
United States Magistrate Judge
Judge's signature

City and state: Alexandria, Virginia

The Honorable John F. Anderson
Printed name and title